UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIOBHAN WALSH, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:13-cv-13064-RWZ |
| TELTECH SYSTEMS, INC., ) | |
| Defendant. ) | |

## AFFIDAVIT OF JOSEPH CALANDRELLI

I, Joseph Calandrelli, do under oath state and depose as follows:

1. I am counsel of record for the defendant, TelTech Systems, Inc. ("TelTech"). I submit this Affidavit in support of TelTech's Opposition to Michael and Johnienne DiLorenzos' Motions to Quash and Its Cross-Motion for Sanctions.

2. Attached as Exhibit A is a copy of a police report my office received in response to a public records request issued to the Quincy Police Department.

3. Attached as Exhibit B are copies of the subpoenas my office had served on Michael and Johnienne DiLorenzo.

4. Attached as Exhibit C is a series of emails I exchanged with Michael and Johnienne DiLorenzo's counsel, Attorney Bob Carp, on August 20 and 21, 2014.

Signed under the pains and penalties of perjury on September 22, 2014.

*/s/ Joseph P. Calandrelli*
Joseph P. Calandrelli

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 22, 2014.

                                                             */s/ Joseph P. Calandrelli*

4819-9062-4286, v. 1