# EXHIBIT A

Main Form                                                                                                         Page 1 of 4



## QUINCY POLICE DEPARTMENT
## QUINCY, MA

| INCIDENT # / REPORT # | OFFICER | RANK | REVIEW STATUS |
|---|---|---|---|
| 9006218 / 3 | WILLARD, R (2970) | SERGEANT | APPROVED |

### INCIDENT #9006218 DATA
As Of 02/09/2010 23:18:34

**BASIC INFORMATION**

| CASE TITLE | LOCATION | APT/UNIT # |
|---|---|---|
| LUCIANO | 86 GRANGER ST & HARARD ST | 2L |

| DATE/TIME REPORTED | DATE/TIME OCCURRED |
|---|---|
| 02/09/2009 17:06:00 | 02/02/2009 11:21 to 02/02/2009 12:12 |

**INCIDENT TYPE(S)/OFFENSE(S)**
(268/13B/A)WITNESS, INTIMIDATE c268 S13B

**PERSONS**

| ROLE | NAME | SEX | RACE |
|---|---|---|---|
| VICTIM | WALSH, SIOBHAN | FEMALE | WHITE |

**OFFENDERS**

| STATUS | NAME | SEX | RACE |
|---|---|---|---|
| DEFENDANT | LUCIANO, JOHN B | MALE | WHITE |

[ NO VEHICLES ]

[ NO PROPERTY ]

### OFFICER REPORT: 9006218 - 3 / WILLARD, R (2970)

| DATE/TIME OF REPORT | TYPE OF REPORT | REVIEW STATUS |
|---|---|---|
| 12/10/2009 10:55:25 | SUPPLEMENT | APPROVED |

**NARRATIVE**

Sir,

1. I was recently speaking with Norfolk County ADA Danielle Ross and she informed me that new information became available during the course of John Luciano's case showing that Michael and Johnienne DiLorenzo were more involved in this situation than they had lead me to believe. ADA Ross told me that Luciano's attorney Ethan Yankowitz obtained records from SpoofCard.com showing that the DiLorenzos used the service to "spoof" phone numbers belonging to Luciano on a number of occasions. "Spoofing" involves a process where a call is placed from one phone number, but made to look like it is coming from a different number. A fake number can be made to

show up on the call recipient's caller ID, thereby disguising the identity of the real caller and leading the call recipient to believe the call is coming from another person or phone number. ADA Ross provided me with recordings of phone calls and other records from SpoofCard.com that she obtained from Attorney Yankowitz. ADA Ross requested that I review this information and then re-interview the DiLorenzos regarding their involvement in this case.

2. I contacted Ethan Yankowitz with the Committee for Public Counsel Services to inquire how he found this information. Attorney Yankowitz said an investigator from his office was researching spoofing web sites and found record of Luciano's numbers being used on SpoofCard.com. He then filed a motion with Quincy Court to subpoena the records from Tel Tech Systems, Inc. (Toms River, NJ), the parent company of SpoofCard.com. Attorney Yankowitz said an order for the production of the records was issued and he was then able to obtain them from Tel Tech Systems, Inc.

3. The records provided by Tel Tech Systems, Inc include an Excel-type spread sheet detailing the calls made through SpoofCard.com. The records show the dates and times of the calls, the destinations numbers for the calls, the real caller ID numbers and the spoofed caller ID numbers. The phone numbers (617) 671-8146 (the trac-phone number discussed in supplement 2) and (617) 306-0339 (a cell phone number belonging to Michael and Johnienne DiLorenzo) are listed several times in the Real Caller ID column, showing that some of the spoofed calls were placed from these numbers. Two other phone numbers that also belong to the DiLorenzos are listed a number of times in the Real Caller ID column. (617) 477-3500 is the DiLorenzo's home number (it lists to Max Landry, their dog). (617) 435-6911 is one of Johnienne DiLorenzo's old cell phone numbers. The payment history and correspondence records provided by Tel Tech show Michael DiLorenzo's name, address and e-mail address (mdilorenzo24@netscape.net).

4. The records from Tel Tech show several calls placed to (617) 773-8284 (Siobhan Walsh's home number) in the early morning hours of 01/28/09. Six calls were placed to Walsh's home number between 0242 hours and 0358 hours (by the Tel Tech clock). All of these calls were placed from either (617) 435-6911 (DiLorenzo's cell #) or (617) 671-8146 (the trac-phone). All of the calls were made to look like they were coming from either (617) 328-5316 (Luciano's home #) or (617) 347-3463 (Luciano's cell #). I listened to the recordings left during some of these calls and they match the sexually explicit messages Siobhan Walsh reported receiving from a male party that she believed to be John Luciano on 01/28/09 (See case # 9004354 for full details).

5. I contacted the DiLorenzos and arranged to interview them both at the station on 12/04/09. Lt. John Steele assisted me with the interviews. We met with Michael DiLorenzo first. I informed Michael the interview was being recorded. He agreed to this. I then read Michael the Miranda warnings. He said he understood his rights and signed the department waiver form. I had Michael confirm his home phone number and his e-mail address (both listed above). Michael and I had already spoken about this case several months ago. I briefly reviewed the case and then asked him about the records from Spoof Card / Tel Tech. Michael admitted that he and his wife had used SpoofCard.com to call Siobhan Walsh on 01/28/09, while spoofing John Luciano's number. He explained that he has known John Luciano since high school and that his wife Johnienne worked with Luciano. Michael said their relationship went bad and that Luciano has been harassing them ever since. Michael said they used Spoof Card for "dumb, childish retaliation" against Luciano. I asked Michael why they involved Siobhan Walsh. Michael

said he has never even met Siobhan and that his wife Johnienne could explain why they called her. Michael said he was present, but that Johnienne actually made the calls.

6. The calls made to Siobhan Walsh's home number on 02/02/09 that lead to the Intimidation of a Witness charge against John Luciano don't show on the Tel Tech records, but the number used to make those calls does (617-671-8146). Michael confirmed that he and his wife were in possession of the trac-phone using this number and that they used it to call Walsh and others. Michael said he couldn't remember where they got the trac-phone or where it is now. Michael said he and his wife thought Siobhan Walsh was helping Luciano to harass them so they called her to get her to leave them alone. Michael said the call had nothing to do with the charges against Luciano resulting from the earlier calls to Walsh, and that the calls were not meant to intimidate her. While the messages left on Walsh's phone that day could be interpreted as Michael said, this explanation still doesn't make sense. The calls were made from a blocked number in a disguised voice. Siobhan Walsh didn't know who the calls were coming from and, in fact, concluded that it must have been Luciano. If the DiLorenzos were calling Walsh to get her to leave them alone as Michael said, they would have identified themselves in the message.

7. I asked Michael why he didn't explain all of this when I first spoke with him about the trac-phone (617-671-8146) months ago, instead of telling me that he and his wife were receiving calls from the same number and leading me to believe it was John Luciano. Michael said he first thought Luciano was arrested for something unrelated to the phone calls so he didn't think the calls were important. Michael said that he found out afterwards that Luciano was being charged for the calls, but he didn't want to get into trouble so he did nothing to correct the situation.

8. We then spoke with Johnienne DiLorenzo. I informed Johnienne the interview was being recorded. She agreed to this. I then read Johnienne the Miranda warnings. She said she understood her rights and signed the department waiver form. I briefly reviewed the situation and asked Johnienne about the Spoof Card records. Johnienne admitted that she was the one who made the phone calls to Siobhan Walsh on 01/28/09. She said Michael was with her, but she was the one who left the messages on Siobhan's voicemail. Johnienne said she was also the one who called Siobhan from the (617) 671-8146 number and left the messages telling her to leave them alone. Johnienne also said that the calls were not meant to threaten or intimidate Siobhan in the case against Luciano. Johnienne said she wouldn't try to help Luciano in that way.

9. I asked Johnienne why they called Siobhan Walsh and involved her in this situation in the first place. Johnienne said Siobhan involved herself by helping John Luciano to harass them. Johnienne said she believes Siobhan has driven John Luciano to there house a number of times. Johnienne said her neighbors have reported seeing a woman in car outside of their house that she believes was Siobhan. Johnienne said John and Siobhan have a relationship of some kind, but she didn't know how far it went. Johnienne said the calls she made to Siobhan were not meant to be threatening, although the calls Siobhan received on 01/28/09 would clearly be threatening to anyone who received them under the same circumstances. Johnienne said she has nothing personal against Siobhan Walsh. Johnienne said that she didn't explain all of this to me when we spoke months ago because she didn't want to get into trouble.

10. Michael and Johnienne DiLorenzo both told me that they were

responsible for the phone calls Siobhan Walsh received on 01/28/09 and 02/02/09. They both said that John Luciano did not make these calls to Walsh. The DiLorenzos said John Luciano used the same Spoof Card service to harass them a number of times and these calls were just part of their retaliation. The DiLorenzos said they have spoken to a police officer about Luciano harassing them, but no police reports were filed to document any specific incidents.

11. I am filing complaints against Michael and Johnienne DiLorenzo for one count each of Criminal Harassment (265/43A) and Threats to Commit a Crime (275/2) for the phone calls made to Siobhan Walsh on 01/28/09 (documented under case # 9004354) as well as one count each of Intimidation of a Witness (268/13B) for the calls made to Walsh on 02/02/09 and one count each of Misleading a Police Officer (268/13B) for leading me to believe that they were victims in this case and that John Luciano was the one responsible for the calls they were making. The records provided by Tel Tech, Inc. and the Miranda forms signed by the DiLorenzos have been logged as evidence.

Respectfully submitted,
Detective Ralph Willard

**REPORT OFFICERS**

| | | |
|---|---|---|
| Reporting Officer: | WILLARD, R | 2970 |
| Reviewing Officer: | | |
| Approving Officer: | STEELE, J | 6183 |