# EXHIBIT C

## Joseph Calandrelli

| | |
|---|---|
| **From:** | Joseph Calandrelli |
| **Sent:** | Thursday, August 21, 2014 8:50 AM |
| **To:** | 'Bob Carp' |
| **Cc:** | Sean Carnathan |
| **Subject:** | RE: DiLorenzos |

Bob,

Thank you for getting back to me and I'm glad to hear your daughter is recovering well.

As for the deposition, I respectfully don't see how the DiLorenzos can legitimately oppose being called to testify as witnesses in a case that stems directly from their own actions. Whether or not Ms. Walsh can add them as party defendants, they still have an obligation to testify as to what they know. It would seem to me that the grounds of your anticipated opposition would be more appropriate for opposing any motion to amend to add them as defendants rather than seeking for them to avoid testifying as witnesses. Privileged documents may be a different issue, which I would be happy to discuss with you in more detail if you wish.

Because the DiLorenzos have not provided me with dates for their deposition, I am going to reissue subpoenas today with dates that work for me. I sincerely hope that the DiLorenzos reconsider their position and, for the reasons explained above, avoid having to go to court to resolve what is, in my opinion, a frivolous motion. Please inform the DiLorenzos that if we are forced to go to court, we will be seeking to recover the fees incurred in securing the DiLorenzos' appearance.

Thank you,

Joe

**Joseph P. Calandrelli**
O'Connor, Carnathan & Mack, LLC
Landmark One
1 Van de Graaff Dr., Suite 104
Burlington, MA 01803
Direct Line: 781-359-9034
Main Number: 781-359-9000
Fax: 781-359-9001
www.ocmlaw.net

**From:** bobcarp522@gmail.com [mailto:bobcarp522@gmail.com] **On Behalf Of** Bob Carp
**Sent:** Wednesday, August 20, 2014 1:07 PM
**To:** Joseph Calandrelli
**Subject:** Re: DiLorenzos

Joe,

First my apologies for the delay in answering your request. My daughter went through major surgery a month ago, and I have been pretty much at her side through all of it. Thank God she is recovering well.

I have had conversations with the DiLorenzos and with their previous counsel, Peter Belotti. Without trying to complicate matters, our obvious fear is that TelTech will try to include them as defendants. However, Ms. Walsh is prohibited from doing so because of the release she signed. Consequently, we will oppose the deposition and request a protective order on documents we consider privileged.

Once again, my apologies for the delay.

Respectfully,
Bob Carp

*Robert H. Carp, Esq.*
*Enrolled Agent with the IRS #00104451-EA*

**Cottens and Carp, LLC.**
**COUNSELLORS AT LAW**
1215 Chestnut Street
Newton, MA 02464
TEL: 617-861-4529
FAX: 866-723-8737

This transmittal and/or attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify us immediately by reply or by telephone (call us collect at 617-861-4529) and immediately delete this message and all its attachments.

On Mon, Aug 18, 2014 at 3:29 PM, Joseph Calandrelli <jcalandrelli@ocmlaw.net> wrote:

Bob,

I have not yet heard back from you on this. Please let me know when your clients are available for a deposition.

Joe

**Joseph P. Calandrelli**

O'Connor, Carnathan & Mack, LLC

Landmark One

1 Van de Graaff Dr., Suite 104

Burlington, MA 01803

Direct Line: 781-359-9034

Main Number: 781-359-9000

Fax: 781-359-9001

www.ocmlaw.net

---

**From:** Joseph Calandrelli
**Sent:** Tuesday, August 12, 2014 5:07 PM
**To:** 'bobcarp522@gmail.com'
**Cc:** 'Reilinglaw'; William Hartzell; Sean Carnathan
**Subject:** DiLorenzos

Hi Bob,

I've been working with Sean on this matter and need to get the DiLorenzos' depositions back on the calendar. Can you please let me know when your clients are available over the next few weeks? Please reply to all as I will need to coordinate with plaintiff's counsel, Richard Reiling.

3

Thank you,

Joe


**Joseph P. Calandrelli**

O'Connor, Carnathan & Mack, LLC

Landmark One

1 Van de Graaff Dr., Suite 104

Burlington, MA 01803

Direct Line:  781-359-9034

Main Number:   781-359-9000

Fax:  781-359-9001

www.ocmlaw.net