UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIOBHAN WALSH, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:13-cv-13064-RWZ |
| TELTECH SYSTEMS, INC., ) | |
| Defendant. ) | |

## AFFIDAVIT OF JOSEPH CALANDRELLI

I, Joseph Calandrelli, having been duly sworn, state as follows:

1. I am counsel of record for Defendant TelTech Systems, Inc. ("TelTech"). I submit this Affidavit for the purpose of authenticating certain documents in support of TelTech's Motion for Summary Judgment.

2. Attached hereto as <u>Exhibit A</u> are true and accurate copies of certain pages taken from the deposition of Eli Finkelman, a TelTech officer.

3. Attached hereto as <u>Exhibit B</u> are true and accurate copies of certain pages taken from the deposition of Jessica Thorn, a TelTech employee.

4. Attached hereto as <u>Exhibit C</u> are true and accurate copies of certain pages taken from the deposition of Siobhan Walsh, the plaintiff.

5. Attached hereto as <u>Exhibit D</u> is a true and accurate copy of the Complaint filed against TelTech in this action.

6. Attached hereto as <u>Exhibit E</u> are true and accurate copies of certain pages taken from the deposition of Johnienne DiLorenzo.

1

7. Attached hereto as <u>Exhibit F</u> are true and accurate copies of certain pages taken from the deposition of Michael DiLorenzo.

Signed under the pains and penalties of perjury on January 30, 2015.

_____
Joseph Calandrelli

4818-9864-4513, v. 1

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 30, 2015.

/s/ *Joseph P. Calandrelli*

3